ORIGINAL



FILED

10/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0606

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0606

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JUAN ANASTASIO RODRIGUEZ,

Defendant and Appellant.

FILED

OCT 2 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Juan Anastasio Rodriguez has filed a Motion for Appointed Counsel in his recently filed appeal. As grounds, Rodriguez states that "he is indigent, has been incarcerated in the Montana State Prison, and is unable to work or procure funds with which to retain counsel for representation in this matter."

In his Notice of Appeal, Rodriguez provides the cause number from the Eighth Judicial District Court, Cascade County, and that he appeals "the final judgment or order entered in such action on the 23rd day of August, 2023." Rodriguez explains that he awaits an order on his pending Request for Modification of the Amended Sentencing Order and Judgment, "pursuant to [§] 46-18-116, MCA in Cause no. ADC-14-528(b)."

This Court is familiar with Rodriguez's history for the underlying criminal case. In December 2017, a jury found Rodriguez guilty of felony sexual intercourse without consent in the Cascade County District Court. The District Court imposed a consecutive, seventy-five year prison term with twenty-five years suspended.[1] Rodriguez received 836

---

[1] In May 2015, the District Court revoked Rodriguez's concurrent, deferred imposition of sentences, originally imposed in 2010 and again in 2011 for felony burglary and felony tampering with witnesses or information. He received two, concurrent terms of ten-years with five years suspended to the Department of Corrections. Through counsel, he appealed. *State v. Rodriguez*, No. DA 16-0353, 2018 MT 241N, 2018 Mont. LEXIS 326 (Sept. 25, 2018).

days of credit for time served. Through counsel, Rodriguez appealed an April 5, 2018 Sentencing Order and Judgment. *State v. Rodriguez*, 2021 MT 65, 403 Mont. 360, 483 P.3d 1080. This Court affirmed his conviction and sentence. *Rodriguez*, ¶¶ 3, 38.

We secured copies of the District Court's docket sheet and recent Judgments. On August 23, 2023, the District Court issued an Amended Sentencing Order and Judgment, based on the State's concession that Rodriguez was entitled to additional credit for time served as supplied in Rodriguez's companion case for postconviction relief. The court stated "that the credit for time served was calculated incorrectly and should be corrected to reflect an entitlement of 1,193 days[.]" The court amended its Sentencing Order and Judgment to reflect the credit as well as reiterated the reasons for the sentence as stated in the original March 30, 2018 Sentencing Order and Judgment. The court closed the case on that same day.

On September 28, 2023, Rodriguez filed a Request for Modification of Amended Sentencing Order and Judgment as well as a brief in support. Rodriguez also moved the court for appointment of counsel. On October 5, 2023, the court issued an Order Denying Request for Modification and Motion to Appoint Counsel. The court pointed out that Rodriguez sought a new sentencing hearing to which he was not entitled. The court stated: "The Amended Sentencing Order and Judgment was entered for the limited purpose of properly crediting Rodriguez for time served. It was not a substantive change of the sentence[.]"

Rodriguez is not entitled to a second appeal of his criminal conviction and sentence. Pursuant to Montana law, "[a]n appeal may be taken by the defendant only from a final judgment of conviction and orders after judgment which affect the substantial rights of the defendant." Section 46-20-104(1), MCA. The court's Amended Sentencing Order and Judgment awarded Rodriguez another 357 days of credit for time served. This Order after judgment, as the District Court reasoned, does not affect his substantial rights; it gave him more credit for time served. We conclude that his appeal is improperly before this Court.

Rodriguez is not entitled to the appointment of counsel. Accordingly,

2

IT IS ORDERED that:

1. Rodriguez's appeal is DISMISSED *sua sponte* and with prejudice;

2. Rodriguez's Motion for Court Appointed Counsel is DENIED, as moot; and

3. This matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to counsel of record and to Juan Anastasio Rodriguez personally.

DATED this ⸺day of October, 2023.

_____

_____

_____

_____

_____
Justices